

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00873-CR

Anthony Arlanders **ROSS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12490
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 23, 2020.

_____
Sandee Bryan Marion, Chief Justice